## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT SCHILLING,<br><br>       *Plaintiff*,<br><br>v.<br><br>NANCY PELOSI, *et al.*,<br><br>       *Defendants*. | Case No. 1:22-cv-162-TNM |

### NOTICE OF APPEARANCE

  I, Todd B. Tatelman, hereby enter my appearance as counsel in the above-captioned case for Defendants the Honorable Nancy Pelosi, Speaker of the U.S. House of Representatives, the Honorable Cheryl L. Johnson, Clerk of the U.S. House of Representatives, and the Honorable Catherine Szpindor, Chief Administrative Officer of the U.S. House of Representatives. Please send all future notices in this matter to me.

                 Respectfully submitted,

                 */s/ Todd B. Tatelman*
                 Todd B. Tatelman (VA Bar No. 66008)
                  *Principal Deputy General Counsel*
                 Office of General Counsel
                 U.S. House of Representatives[*]
                 5140 O'Neill House Office Building
                 Washington, D.C. 20515
                 (202) 225-9700
                 Todd.Tatelman@mail.house.gov
April 4, 2022            *Counsel for Defendants*

---

[*] Attorneys in the U.S. House of Representatives Office of General Counsel are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571(a).

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2022, I caused the foregoing Notice of Appearance to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Todd B. Tatelman*
Todd B. Tatelman