# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Robert Schilling

　　　　　　　　Plaintiff

vs.   　　　　　　　Civil Action No. 1:22-cv-162

Nancy Pelosi, et al.

　　　　　　　　Defendant

## NOTICE OF APPEAL

Notice is hereby given this **1st** day of **November**, 20**22**, that

**Robert Schilling**

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the **3rd** day of **October**, 20**22** in favor of **all defendants (see attached list)** against said **Plaintiff (Robert Schilling)**

　　　　　　　　　　　　　　　　　　　/s/ Matthew D. Hardin
　　　　　　　　　　　　　　　　　　　Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**　　Please mail copies of the above Notice of Appeal to the following at the addresses indicated: